UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SIDNEY GRIGGS,

    Plaintiff,

vs.                                             Case No. 3:12-cv-891-J-99MMH-MCR

MICHAEL J. ASTRUE, Commissioner of the
Social Security Administration,

    Defendant.
_____/

## REPORT AND RECOMMENDATION[1]

**THIS CAUSE** is before the Court on Plaintiff's Petition to Proceed *In Forma Pauperis* (Doc. 2) filed August 7, 2012. A review of the Affidavit of Indigency and the Complaint (Doc. 1) reveals that Plaintiff is a resident of Volusia County Florida. As such, this claim should have been filed in the Orlando Division of the Middle District of Florida. Accordingly, it is respectfully

**RECOMMENDED**:

that this case be transferred to the Orlando Division of the United States District Court for the Middle District of Florida for all further proceedings.

---

[1] Any party may file and serve specific, written objections hereto within FOURTEEN (14) DAYS after service of this Report and Recommendation. Failure to do so shall bar the party from a de novo determination by a district judge of an issue covered herein and from attacking factual findings on appeal. See 28 U.S.C. §636(b)(1); Rule 72(b), Fed.R.Civ.P.; and Local Rule 6.02(a), United States District Court for the Middle District of Florida.

**DONE AND ENTERED** in Chambers in Jacksonville, Florida this  9th  day of August, 2012.

_____
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

The Honorable Marcia M. Howard,
United States District Judge

Counsel for Plaintiff