UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SIDNEY GRIGGS,

    Plaintiff,

v.                                Case No.  6:12-cv-1358-Orl-28TBS

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____

ORDER

Pending before the Court is Plaintiff Sidney Griggs' Application for Attorney Fee under the Equal Access to Justice Act (Doc. 45).  The Court does not find the certificate required by M.D. Fla. Rule 3.01(g) in the motion.  Accordingly, the motion is DENIED without prejudice.

DONE AND ORDERED in Orlando, Florida, on February 27, 2014.

*[signature]*

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel